IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER POWELL-FOLKS : | |
| : | CIVIL ACTION |
| : | No.: 2:24-cv-05065 (GAM) |
| Plaintiff : | |
| Vs. : | |
| VILLANOVA UNIVERSITY : | |
| TIA NOELLE PRATT : | |
| FATHER KEVIN DePRINZO : | |
| FATHER ARTHUR PUCARO : | |
| Defendants : | |

**PLAINTIFF'S NOTICE TO SUBSTITUTE THE AMENDED COMPLAINT WITH THE ATTACHED REVISED COPY**

TO THE CLERK:

Upon review of the filed Amended Complaint, Docket Entry No.10, it was noticed that the scanned document had information inadvertently omitted in paragraphs 38 and 44, and this document needs to be corrected. Kindly, substitute the Amended Complaint with the document attached.

Respectfully submitted,

*/s/ Olugbenga O. Abiona*

_____
Olugbenga O. Abiona, Esquire
ABIONA LAW, PLLC
P.O Box 3326
Cherry Hill, NJ 08034
(215) 625-0330
Attorney ID # 57026
Attorney for Plaintiff

Dated: January 6, 2025

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing Plaintiff's Notice to Substitute the Amended Complaint filed as Docket No. 10 with the attached corrected document was filed electronically with the Court today and is available for viewing and downloading by the Defendants from the ECF system.

                                            /s/ Olugbenga O. Abiona
                                            _____
                                            Olugbenga O. Abiona, Esquire

Dated: January 6, 2025