IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER POWELL-FOLKS** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 24-5065 |
| | : | |
| **VILLANOVA UNIVERSITY,** | : | |
| **TIA NOELLE PRATT,** | : | |
| **FATHER KEVIN DePRINZO, and** | : | |
| **FATHER ARTHUR PUCARO.** | : | |

## ORDER

This 7th day of January, 2025, Plaintiff having filed an Amended Complaint, it is hereby

**ORDERED** that Defendants' Motion to Dismiss (ECF 8) is **DENIED** as **MOOT**.

    /s/ Gerald Austin McHugh
United States District Judge