IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER POWELL-FOLKS** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 24-5065 |
| | : | |
| **VILLANOVA UNIVERSITY** | : | |
| **TIA NOELLE PRATT** | : | |
| **FATHER KEVIN DePRINZO** | : | |
| **FATHER ARTHUR PUCARO** | : | |

## ORDER

This 10th day of March, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Partial Motion to Dismiss, ECF 14, is **GRANTED**, and that Plaintiff's hostile work environment claims under Counts I, III, and V of her Amended Complaint, ECF 12, are **DISMISSED,** without prejudice.  Plaintiff is **GRANTED** leave to amend within fourteen days if she can credibly and consistent with the requirements of Rule 11 of the Federal Rules of Civil Procedure set forth facts plausibly alleging a hostile work environment claim.  If Plaintiff does not so amend, Defendants shall answer the Amended Complaint.

 /s/ Gerald Austin McHugh
United States District Judge