### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER POWELL-FOLK** : | |
| : | |
| v. : | **CIVIL ACTION NO. 24-5065** |
| : | |
| **VILLANOVA UNIVERSITY, ET AL.** : | |

### ORDER

This 30th day of May, 2025, it is hereby **ORDERED** that the Rule 16 conference scheduled for July 10, 2025 is **RESCHEDULED** for Wednesday, **July 16, 2025**, at **2:30 p.m.** The conference will be held in Chambers, Room 9613, of the United States Courthouse, 601 Market Street, Philadelphia, PA. As outlined in the initial Notice of Pretrial Conference, **lead trial counsel is required to be present**. Any supplement to the Report of Rule 26(f) Meeting filed on May 22, 2025, shall be due five (5) days prior to the conference.

                                                                /s/ Gerald Austin McHugh
                                                                   United States District Judge