IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER POWELL-FOLKS | : |
| | : CIVIL ACTION |
| | : No.: 2:24-cv-05065 (GAM) |
| Plaintiff | : |
| Vs. | : |
| VILLANOVA UNIVERSITY, et al. | : |
| Defendants | : |

## STIPULATION OF DISMISSAL

Plaintiff, Jennifer Powell-Folks and Defendants, Villanova University, Father Kevin DePrinzio, Father Arthur Purcaro and Dr. Tia Noelle Pratt, by and through their attorneys, hereby stipulate and agree that all of Plaintiff's claims against Father DePrinzio, Father Purcaro, and Dr. Pratt are hereby dismissed, and that Father DePrinzio, Father Purcaro, and Dr. Pratt are dismissed as Defendants, without costs assessed to any party, with prejudice.

**IT IS SO STIPULATED**.

Respectfully submitted,

| | |
|---|---|
| */s/Olugbenga O. Abiona* | */s/ Jessica A. Rickabaugh* |
| Olugbenga Abiona, Esquire | Jessica A. Rickabaugh, Esquire |
| oluesq@aol.com | TUCKER LAW GROUP |
| ABIONA LAW, PLLC | Ten Penn Center |
| P.O. Box 3326 | 1801 Market , Suite 2500 |
| Cherry Hill, NJ 08034 | Philadelphia, PA 19103 |
| Telephone: 215-833-8227 | Telephone: 215-982-2278 |
| | |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |
| Dated: January 6, 2026 | Dated: January 6, 2026 |

**SO ORDERED** on _____, 2026

**BY THE COURT:**

_____
                    , J.